[No. 40646-2-II. Division Two. September 25, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ALLEN HERSH, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-02077-1, Robert L. Harris, J., entered April 23, 2010. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Penoyar, J., concurred in by Van Deren, J.; Quinn-Brintnall, J., concurring in the result only.

[No. 41087-7-II. Division Two. September 25, 2012.]

SCOTT DAVIS ET AL., *Respondents*, v. PAUL OPACKI ET AL., *Petitioners*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 09-2-00293-1, Craddock D. Verser, J., entered July 30, 2010. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Armstrong, J.

[No. 41451-1-II. Division Two. September 25, 2012.]

FRANK PUPO, SR., ET AL., *Appellants*, v. ALBERTSON'S, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-09290-4, Vicki L. Hogan, J., entered November 5, 2010. *Reversed* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Armstrong and Hunt, JJ.